UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY L LONDON,

    PETITIONER,

-vs-                                                Case No. 1:15-cv-00066-WTH-CJK

FLORIDA DEPARTMENT OF CORRECTIONS SECRETARY,

    RESPONDENT.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation ECF No. 21. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed, and the time for doing so has passed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly,

    IT IS ORDERED:

The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. The Clerk is directed to enter a judgment as follows: "The petition for writ of habeas corpus (ECF No. 1), challenging the judgment of conviction and sentence in *State of Florida v. Gregory L. London*,

Alachua County Circuit Court Case No. 10-CF-1164, is DENIED. A certificate of appealability is DENIED." The Clerk is directed to close the file.

DONE and ORDERED at Gainesville, Florida this 15th day of August, 2017.

*[signature]*

UNITED STATES DISTRICT JUDGE