IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GREGORY LONDON,

    Petitioner,

v.                                 Case No. 1:15cv66-MW/CJK

FLORIDA DEPARTMENT
OF CORRECTIONS, SECRETARY,

    Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 21, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 33.[1] Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Gregory L. London*, Alachua County Circuit Court Case No. 10-CF-1164, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on January 17, 2019.**

                                                **s/ MARK E. WALKER**
                                                **Chief United States District Judge**

---

[1] This Court notes Petitioner filed his response/objections prior to the January 25, 2019, deadline.